**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Case Nos. 01-614T & 02-971T (Consolidated)

Judge Sweeney

******************************************
VENTURE COAL SALES COMPANY, et al.,

and

PATRIOT MINING CO., INC., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
******************************************

**CONSENT MOTION TO SUBSTITUTE COUNSEL**

Plaintiffs in Case No. 02-971T, Patriot Mining Co., Inc., Julianna Mining Co., Inc., and Anker West Virginia Mining Co., Inc., pursuant to RCFC 7 and 83.1(c)(4), move the Court to substitute Thad S. Huffman as their attorney of record in this matter in the place and stead of Dennis J. Whittlesey. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs retained the law firm of Jackson Kelly PLLC to represent them in this matter. Former Jackson Kelly PLLC attorney, Dennis J. Whittlesey, was originally assigned to handle the case.

2. Effective January 1, 2007, Dennis J. Whittlesey resigned from Jackson Kelly PLLC to join the firm Dickinson Wright PLLC.

3. Plaintiffs have been contacted and are in agreement with this request to substitute counsel.

4. Dennis J. Whittlesey has been contacted and consents to this request to substitute counsel.

5. Counsel for the United States has been contacted and consents to this request to substitute counsel.

WHEREFORE, Plaintiffs respectfully request that Thad S. Huffman be substituted for Dennis J. Whittlesey as their counsel of record in this matter.

PATRIOT MINING CO., INC., JULIANNA MINING CO., INC., AND ANKER WEST VIRGINIA MINING CO., INC.

By Counsel

Date: 1/10/07

s/ Thad S. Huffman
Thad S. Huffman
JACKSON KELLY PLLC
2401 Pennsylvania Avenue, N. W., Suite 400
Washington, D. C. 20037
Telephone: (202) 973-0200
Facsimile: (202) 973-0232

CONSENTED TO:

s/ Dennis J. Whittlesey
Dennis J. Whittlesey
Dickinson Wright PLLC
1901 L Street, N.W.
Suite 800
Washington, D.C. 20036
(202) 659-6928

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Case Nos. 01-614T & 02-971T (Consolidated)

Judge Sweeney

| | |
|---|---|
| VENTURE COAL SALES COMPANY, et al., | * |
| and | * |
| PATRIOT MINING CO., INC., et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**DECLARATION OF APPOINTMENT**

I, Thad S. Huffman, declare and state as follows:

1. I am a member of the law firm of Jackson Kelly PLLC resident in its Washington, D.C. office.

2. Plaintiffs in Case No. 02-971T, Patriot Mining Co., Inc., Julianna Mining Co., Inc., and Anker West Virginia Mining Co., Inc., retained the law firm of Jackson Kelly PLLC to represent them in this matter.

3. Former Jackson Kelly PLLC attorney, Dennis J. Whittlesey, was originally assigned to handle this case.

4. Effective January 1, 2007, Dennis J. Whittlesey resigned from Jackson Kelly PLLC to join the firm Dickinson Wright PLLC. Mr. Whittlesey is no longer working on this case.

5. Plaintiffs Patriot Mining Co., Inc., Julianna Mining Co., Inc., and Anker West Virginia Mining Co., Inc. have appointed me to represent them in this matter as their attorney of record effective January 1, 2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2007.

s/ Thad S. Huffman
Thad S. Huffman
JACKSON KELLY PLLC
2401 Pennsylvania Avenue, N. W., Suite 400
Washington, D. C. 20037
Telephone: (202) 973-0200
Facsimile: (202) 973-0232